

Case No. 25CV1266

United States Courts
Southern District of Texas
FILED
MAR 2 4 2025
Nathan Ochsner, Clerk of Court

9589 0710 5270 0222 1193 65

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Mickie Shapiro
Street and Apt. No., or PO Box No. 11500 Olympic Blvd, Ste 400
City, State, ZIP+4® Los Angeles 90064

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0222 1193 72

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Lucian Graine
Street and Apt. No., or PO Box No. 2220 Colorado Ave
City, State, ZIP+4® Santa Monica, CA 90404

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0222 1193 89

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To Jeffery harleston
Street and Apt. No., or PO Box No. 2220 Colorado Ave
City, State, ZIP+4® Santa Monica CA 90404

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions



9589 0710 5270 0222 1194 02

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To David Cohen

Street and Apt. No., or PO Box No. 1113 York Ave, unit 8B

City, State, ZIP+4® New York, NY 10065

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0222 1193 41

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To Jimmy Iovine c/o Charles Scott

Street and Apt. No., or PO Box No. 2220 Colorado Ave.

City, State, ZIP+4® Santa Monica, CA 90404

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0222 1193 96

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

Sent To David Kenner

Street and Apt. No., or PO Box No. 16633 Ventura Blvd

City, State, ZIP+4® Encino, CA 91436

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions



**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

9589 0710 5270 0222 1193 58

Sent To: Interscope Communications
Street: 10900 Wilshire Blvd
City, State, ZIP: Los Angeles, CA 90024

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

9589 0710 5270 0222 1193 34

Sent To: Calvin Broadus Jr
Street: 1424 Second Street 3rd floor
City, State, ZIP: Santa Monica, CA 90401

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)

9589 0710 5270 0222 1193 27

Sent To: Death Row Records
Street: 1424 Second Street, 3rd floor
City, State, ZIP: Santa Monica, CA 90401

Lydia Harris
939 Eldridge Road
Sugarland, TX 77478
832-414-0106
Pro se

United States Courts
Southern District of Texas
FILED

MAR 1 8 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTH DISTRICT OF TEXAS
### HOUSTON - DIVISION

| | |
|---|---|
| Lydia Harris, ) | Case No. **25 CV 1266** |
| ) | |
| Plaintiff, ) | **NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF_____; EXHIBITS** |
| vs. ) | |
| ) | |
| Death Row Records Inc, Marion Suge Knight, ) Calvin Cordozar Broadus Jr., Interscope Records Inc, Jimmy Iovine, Interscope Communications, Ted Field, Time Warner, ) David Cohen, Universal Music Group, Lucian Grainge, David Kenner, Mickey Shapiro Et al. ) | **DATE:** March 18, 2025<br>**TIME:**<br>**PLACE** Houston, Texas 77001 |
| ) | |
| Defendants. ) | |

## JURISDICTION AND VENUE

1. This Court has **subject matter jurisdiction** over this action pursuant to **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1332** (diversity jurisdiction), as the matter in controversy exceeds $75,000, and the parties are domiciled in different states.

I, LYDIA HARRIS SWEAR UNDER PENALTY OF PERJURY THAT THE ABOVE ALLEGATIONS AND BEST OF MY KNOWLEDGE.

SIGNED: _____ - DATED: 3/18/2025

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is: 939 Eldridge Road, Sugarland Texas 77478 **PERSON SERVING PAPERS.**

On 03/24/2025 I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RULE 60 b, EHXIBITS** to the following parties:

**NAME AND ADDRESS OF ATTORNEY FOR OTHER PARTY OR OTHER PARTY**

**SEE ATTACHED:**

[X] (By U.S. Mail) I deposited such envelope in the mail at Sugar Land TEXAS with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sugar Land, TEXAS in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via   United States Postal Service Return Receipt Requested the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular    business hours to the number(s) listed above. Said transmission was reported    complete and without error.

I declare under penalty of perjury under the laws of the United States of America and the State of TX that the foregoing is true and correct.

DATED: *Lydia Ha*    03/24/25

NAME OF PERSON SERVING PAPERS

CERTIFIED REGISTER MAIL:

RETURN RECEIPT REQUESTED: