United States District Court
Southern District of Texas
**ENTERED**
June 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYDIA HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1266 |
| | § | |
| DEATH ROW RECORDS, INC., *et. al.*, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendants' Motion to Stay the Scheduled Initial Pretrial Conference (Document No. 24). Having considered the motion, submissions, and the applicable law, the Court determines that the Defendants' motion should be granted. Accordingly, the Court hereby

**ORDERS** that Defendants' Motion to Stay the Scheduled Initial Pretrial Conference (Document No. 24) is **GRANTED**. The Court further

**ORDERS** that the Initial Pretrial Conference is this matter is **STAYED** until the Court resolves the pending motions to dismiss before the Court.

SIGNED at Houston, Texas, on this __3__ day of June, 2025.

DAVID HITTNER
United States District Judge