IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LYDIA HARRIS, | § |
| Plaintiff, | § § § |
| v. | § Civil Action No. H-25-1266 |
| DEATH ROW RECORDS, INC., *et al.*, | § § § § |
| Defendants. | § § |

### ORDER

Pending before the Court are Plaintiff's Motion to Amend Complaint (Document No. 21); Plaintiff's Motion for Leave to File Supplemental and Amended Complaint (Document No. 23); and Plaintiff's Second Motion for Leave to File Supplemental and Amended Complaint (Document No. 29). Having considered the motions, submissions, and the applicable law, the Court determines that each motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Amend Complaint (Document No. 21) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Motion for Leave to File Supplemental and Amended Complaint (Document No. 23) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Second Motion for Leave to File Supplemental and Amended Complaint (Document No. 29) is **DENIED**.

SIGNED at Houston, Texas, on this \_\_11\_\_ day of August, 2025.

_____
DAVID HITTNER
United States District Judge