United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYDIA HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1266 |
| | § | |
| DEATH ROW RECORDS INC., *et. al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is *pro se* Plaintiff's Emergency Motion for Clarification and/or Limited Lifting of Stay Regarding August Hearings (Document No. 40). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Emergency Motion for Clarification and/or Limited Lifting of Stay Regarding August Hearings (Document No. 40) is **DENIED**.

SIGNED at Houston, Texas, on this **14** day of August, 2025.

DAVID HITTNER
United States District Judge