# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Lydia Harris,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **Death Row Records Inc, Marion Suge Knight, Calvin Cordozar Broadus Jr., lnterscope Records Inc, Jimmy Iovine, lnterscope Communications, Ted Field, Time Warner, David Cohen, Universal Music Group, Lucian Grainge, David Kenner, Mickey Shapiro, et al.** | § § § § § § § § | Case No. 4:25-cv-01266 |
| Defendants. | § | |

## DEFENDANTS DEATH ROW RECORDS LLC AND CORDOZAR CALVIN BROADUS, JR.'S RESPONSE TO PLAINTIFF'S OPPOSITION AND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

Defendants Death Row Records LLC (erroneously named as Death Row Records Inc.) ("DRR") and Cordozar Calvin Broadus, Jr. (erroneously named as Calvin Cordozar Broadus Jr.) (p/k/a Snoop Dogg) ("Broadus") (together, "Defendants"), hereby submit the following response to Plaintiff Lydia Harris's ("Plaintiff") "Opposition to Defendants' Misleading Filings and Motion to Strike" (ECF 43).[1]

Motions to Strike are "generally disfavored" and "infrequently granted." *Am. S. Ins. Co. v. Buckley*, 748 F. Supp. 2d 610, 626 (E.D. Tex. 2010) (citing *Kaiser Aluminum & Chem. Sales, Inc. v. Avondale Shipyards*, 677 F.2d 1045, 1058 (5th Cir. 1982)).

Plaintiff fails to demonstrate any factual or legal basis for the Court to strike Defendants' filings relating to her release of claims or assignment of judgment to Conquest Media Group.

First, Plaintiff cites to no caselaw in her motion, as none supports it.

Second, the 2008 Settlement, to which Plaintiff personally agreed, includes a general release of all claims pertaining to the matters in the Bankruptcy Proceedings

---

[1] Defendants respectfully suggest the Court first consider and rule on Defendants' Motion to Dismiss ("MTD") (ECF 16) before turning to Plaintiff's Motion to Strike. Granting the MTD would not only moot Plaintiff's Motion to Strike but also put a well-warranted end to Plaintiff's barrage of procedurally improper and factually unsupportable filings—all of which increasingly support Defendants' request in the MTD to deem Plaintiff a vexatious litigant.

1

involving Plaintiff and Death Row. *See* Defendants' MTD (ECF 16) at Ex. F, A9(f) (ECF 16-1 at p. 98 of 311). In that same 2008 Settlement, the Bankruptcy Trustee also noted Plaintiff's representation that she and her former husband had assigned their interests in the judgment to Conquest Media Group. *See* Defendants' MTD (ECF 16) at Ex. F, A(M) (ECF 16-1 at p. 92 of 311). Likewise, the Superior Court of California, County of Los Angeles Civil Division separately noted that it "appears. . . Harris assigned her entire interest in the judgment to Conquest Media Group." *See* Defendants' MTD (ECF 16) at Ex. H, Minute Order dated September 9, 2020 (ECF 16-1 at p. 246 of 311).

Plaintiff offers nothing in her Motion to substantiate her claim that these documents are "disputed" or "reportedly rescinded by the issuing court." Plaintiff's statements are self-serving and false. In fact, the settlement agreement was never rescinded and remains in the public bankruptcy record, and the Superior Court of California's Minute Order also remains in the record with no rescission.

There is no legitimate legal or factual basis for this Court to strike Defendants' filings citing the release and conveyance. The Court should deny Plaintiff's latest Opposition and Motion to Strike.

///

///

2

Respectfully submitted,

*[signature]*

---

Max N. Wellman (admitted *pro hac vice*)
CA State Bar No. 291814
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 229-9900 (phone)
(310) 229-9901 (fax)
***Attorney-in-Charge for Defendants Death Row Records LLC and Calvin Broadus, Jr.***

**DANIELS & TREDENNICK PLLC**
Douglas A. Daniels
Texas State Bar No. 00793579
S.D. Texas Bar No. 19347
doug.daniels@dtlawyers.com
Sabrina R. Tour
Texas State Bar No. 24093271
S.D. Texas Bar No. 2714789
sabrina@dtlawyers.com
6363 Woodway Dr. Ste. 700
Houston, Texas 77057
T: (713) 917-0024
F: (713) 917-0026
*Attorneys for Defendants Death Row Records LLC and Calvin Broadus, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system and is available for viewing and downloading from the CM/ECF system. The foregoing document was served upon all counsel of record via the CM/ECF system on this 3rd day of September, 2025. The foregoing document was also served on *pro se* Plaintiff Lydia Harris by email (justlydia1@yahoo.com) and by FedEx (1206 Misty Lake Ct., Sugarland, Texas 77498).

_____
Max N. Wellman

4