United States District Court
Southern District of Texas
**ENTERED**
November 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYDIA HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1266 |
| | § | |
| DEATH ROW RECORDS INC., *et. al.*, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER

Pending before the Court is *Pro Se* Plaintiff's Motion for Reconsideration (Document No. 55). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that *Pro Se* Plaintiff's Motion for Reconsideration (Document No. 55) is **DENIED**.

SIGNED at Houston, Texas, on this __4__ day of November, 2025.

DAVID HITTNER
United States District Judge