IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYDIA HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1266 |
| | § | |
| DEATH ROW RECORDS, INC., *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Alter or Vacate Dismissal Order (Doc. 56) Pursuant to FRCP 59(e) and 60(b)(1), (3), and (6) (Document No. 57). The Court construes all *pro se* filings liberally. *See Erickson v. Paradus*, 551 U.S. 89, 94 (2007). Having considered the motion, submissions, and applicable law, the Court finds that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Alter or Vacate Dismissal Order (Doc. 56) Pursuant to FRCP 59(e) and 60(b)(1), (3), and (6) (Document No. 57) is **DENIED**.

SIGNED at Houston, Texas, on this 13 day of November, 2025.

DAVID HITTNER
United States District Judge